IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRY LEE FLOAN,

                        Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                        Defendant.

ORDER

13-cv-293-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The parties have moved jointly for judgment reversing the Commissioner's decision in this case under sentence four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner. The motion will be granted.

On remand, the administrative law judge will offer plaintiff the opportunity for a new hearing and proceed through the five-step sequential evaluation of disability as appropriate.

ORDER

IT IS ORDERED that the Commissioner's decision in this case is REVERSED. The case is REMANDED to the Commissioner.

Entered this 15th day of November, 2013.

                                  BY THE COURT:
                                  /s/
                                  BARBARA B. CRABB
                                  District Judge