IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRY LEE FLOAN,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-293-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that the joint request for judgment reversing the Commissioner's decision is granted and this case is remanded pursuant to sentence four of 42 U.S.C.§ 405(g).


S/Peter Oppeneer             11/19/2013
Peter Oppeneer, Clerk of Court      Date